IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RAMIREZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KEN CLARK,<br><br>　　　　Respondent.<br>_____/ | 1:06-cv-01878 LJO-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE<br><br>(Doc 8)<br><br>FIFTEEN DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

　　　　On January 7, 2007, the Court issued an order to show cause, directing Petitioner to show cause why the instant petition for writ of habeas corpus should not be dismissed as untimely. (Docs. 1, 7). Petitioner was directed to file a written response to the order to show cause by February 12, 2008. On January 24, 2008, Petitioner filed a motion to extend the time to file a response to the order to show cause. (Doc. 8).

　　　　Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's request for an extension of time to file a response to the order to show cause is GRANTED (Doc. 8); and

　　　　2. Petitioner shall have (15) days from the date of service of this order in which to file a response to the order to show cause.

///

1    Petitioner is forewarned that his failure to comply with this order may result in Findings
2 and Recommendations recommending that the petition for writ of habeas corpus be dismissed.

4 IT IS SO ORDERED.

5 Dated:  **February 6, 2008**                             **/s/ Theresa A. Goldner**
                                                       UNITED STATES MAGISTRATE JUDGE