IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RAMIREZ,<br><br>      Petitioner,<br><br>vs.<br><br>KEN CLARK, Warden,<br><br>      Respondent.<br>_____/ | 1:06-cv-1878 LJO TAG (HC)<br><br>ORDER DISREGARDING MOTION<br>FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 17) |

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 4, 2008, petitioner filed a motion for appointment of counsel. Petitioner's case was dismissed by this Court on May 5, 2008, and on June 4, 2008, Petitioner appealed that dismissal to the United States Court of Appeals for the Ninth Circuit.  Hence, the Ninth Circuit, not this Court, presently has jurisdiction over Petitioner's habeas case, and, accordingly, that court is the appropriate forum in which to raise the issue of appointment of counsel.  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel is DISREGARDED by this Court.

IT IS SO ORDERED.

Dated:  **June 19, 2008**                                                   **/s/ Theresa A. Goldner**
                                                                                      UNITED STATES MAGISTRATE JUDGE